Harold GRAY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69325.

Missouri Court of Appeals,
Western District.

Feb. 10, 2009.

Felicia L. Boles, Kansas City, for appellant.

Shaun J. Mackelprang, Robert Bartholomew, Jefferson City, MO, for respondent.

Before DIV II: HARDWICK, P.J., HOWARD and DANDURAND, JJ.

**ORDER**

PER CURIAM.

Harold Gray appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Sandrio DEJESUS–ANDUJAR, Appellant.

No. WD 69343.

Missouri Court of Appeals,
Western District.

Feb. 10, 2009.

Ellen H. Flottman, Columbia, MO, for appellant.

Shaun J. Mackelprang, Cory L. Adkins, Jefferson City, MO, for respondent.

Before DIV I: HARDWICK, P.J., ELLIS, J., and NEWTON, C.J.

**ORDER**

PRE CURIAM.

Sandrio DeJesus–Andujar appeals from his conviction for damaging jail property, a violation of Section 221.353 RSMo.2000. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the conviction. Rule 30.25(b).